IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TYRON D. FARVER                                                                PLAINTIFF

v.                            No. 5:16CV00378 JLH

MARK T. ESPER, Secretary,
Department of the Army                                                         DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Mark T. Esper, Secretary of the Department of the Army, on the complaint of Tyron D. Farver. The complaint of Tyron D. Farver is hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE